IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

ELLIOTT ASKA, as Personal Representative of the Estate of Conrad Jules Aska, deceased, on behalf of himself and all potential beneficiaries and heirs,

      Plaintiff,

vs.

ATLAS AIR WORLDWIDE HOLDINGS, INC.; ATLAS AIR, INC.; AMAZON.COM SERVICES, INC.; AMAZON FULFILLMENT SERVICES, INC.; F & E AIRCRAFT MAINTENANCE (MIAMI), LLC; and FLIGHTSTAR AIRCRAFT SERVICES, LLC,

      Defendants

_____/

## DEFENDANT ATLAS AIR, INC.'S
## NOTICE OF FILING REMOVAL TO FEDERAL COURT

    The Defendant, ATLAS AIR, INC., hereby provides notice that a Notice of Removal in the above-styled action has been filed with the Clerk of the United States District Court for the Southern District of Florida. A true and correct copy of the Notice of Removal is attached hereto as Exhibit "A" and is being filed herewith pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446.

    WHEREFORE, Defendant ATLAS AIR, INC., respectfully requests that the above action now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, be removed therefrom to this Honorable Court based on diversity jurisdiction.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that September 23, 2019, undersigned counsel electronically filed the foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing STEVEN C. MARKS, ESQ., Podhurst Orseck, P.A., Attorneys for Plaintiff, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 (smarks@podhurst.com); and AARON R. RESNICK., ESQ., Law Offices of Aaron Resnick, P.A., Co-Counsel for Plaintiff, 100 Biscayne Boulevard, Suite 1607, Miami, FL 33132 (aresnick@thefirmmiami.com; efile@thefirmmiami.com).

**CLYDE & CO US LLP**
Counsel for Defendant ATLAS AIR, INC.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-446-2646
Fax: 305-441-2374


By: /s/ Clayton W. Thornton
**CLAYTON W. THORNTON**
Florida Bar No. 105609
Email: clayton.thornton@clydeco.us
eservice@clydeco.us