UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-23948-GAYLES

**ELLIOTT ASKA**, as Personal Representative of the Estate of Conrad Jules Aska, deceased, on behalf of himself and all potential beneficiaries and heirs,

    Plaintiff,

v.

**ATLAS AIR WORLDWIDE HOLDINGS, INC.; ATLAS AIR, INC.; AMAZON.COM SERVICES, INC.; AMAZON FULFILLMENT SERVICES, INC.; F & E AIRCRAFT MAINTENANCE (MIAMI), LLC; and FLIGHTSTAR AIRCRAFT SERVICES, LLC,**

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on the parties' Stipulation Withdrawing Notice of Removal and Remanding to State Court (the "Stipulation") [ECF No. 7]. The Court has reviewed the Stipulation and the record and is otherwise fully advised. Based thereon it is

**ORDERED AND ADJUDGED** that

(1) the case shall be **REMANDED** to the Eleventh Judicial Circuit in and for Miami-Dade County, Florida; and

(2) the case is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of October, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE